Bukola BASHORUN, Petitioner

v.

Eric H. HOLDER, Jr., U.S. Attorney
General, Respondent.

No. 14–60375
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 30, 2015.

Before SMITH, BARKSDALE, and
PRADO, Circuit Judges.

PER CURIAM: *

Bukola Bashorun, a native and citizen of
Nigeria, petitions for review of the Board
of Immigration Appeals' (BIA) dismissing
her appeal challenging the immigration
judge's (IJ) conclusion she was not entitled
to asylum or withholding of deportation,
and order of removal, pursuant to 8 C.F.R.
§§ 208.13(a), 1208.13(a). Bashorun main-
tains she made the necessary showing to

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

be eligible for asylum and withholding of deportation.

Bashorun, however, has abandoned her claims by failing to brief them sufficiently. *See, e.g., Soadjede v. Ashcroft,* 324 F.3d 830, 833 (5th Cir.2003) (holding arguments not briefed are abandoned). Her counseled brief states claims in a perfunctory and conclusory manner. Bashorun fails to cite the record or otherwise discuss pertinent facts, does not apply the relevant legal standards to the specific facts of the case, and provides no legal analysis or substantive discussion of the bases for her claims. Furthermore, she does not address the grounds upon which the IJ and the BIA denied her claims, and does not identify any particular claimed error by them. (Moreover, we need not consider new evidence or claims not offered in the administrative proceedings or extraneous contentions that do not concern the instant case. *See* 8 U.S.C. § 1252(b)(4)(A); *Wang v. Ashcroft,* 260 F.3d 448, 452–53 (5th Cir. 2001).) Accordingly, Bashorun has waived her claims for relief. *See, e.g., Soadjede,* 324 F.3d at 833; *Townsend v. INS,* 799 F.2d 179, 182 (5th Cir.1986) (per curiam); Fed. R.App. P. 28(a)(8)(A).

DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.